UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DOUGLAS WICKSTROM,

    Plaintiff,                Case No. 1:09-cv-601

v.                                           Hon. Hugh W. Brenneman, Jr.

TRANS UNION,

    Defendant.
_____/

**ORDER ADMINISTRATIVELY STAYING CASE**

The parties having informed the court this date that a settlement of the above-referenced matter has been reached, and that settlement documents will be submitted to the court within sixty (60) days, the case is hereby **ADMINISTRATIVELY STAYED** pending entry of the settlement documents.

**IT IS SO ORDERED.**


Dated: March 18, 2010                              /s/ Hugh W. Brenneman, Jr.
                                                         HUGH W. BRENNEMAN, JR.
                                                         United States Magistrate Judge